

# Fourth Court of Appeals
## San Antonio, Texas

November 29, 2018

No. 04-18-00232-CV

**IN RE ACCEPTANCE INDEMNITY INSURANCE COMPANY**

Original Mandamus Proceeding[1]

### ORDER DENYING MOTION FOR EN BANC RECONSIDERATION

Sitting:       Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice[2]
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

The motion for en banc reconsideration filed by real party in interest SA Villas, LP is

DENIED.

It is so **ORDERED** on November 29, 2018.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle,
Clerk of Court



---

[1] This proceeding arises out of Cause No. 2017CI22084, styled *S.A. Villas, LP v. Acceptance Indemnity Insurance Company, Crawford & Company, and Danny Brown*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Cathleen M. Stryker presiding.

[2] Justice Rebeca C. Martinez dissents to the denial of the motion for en banc reconsideration without requesting a response.